784 A.2d 73

IN THE MATTER OF IRVING TOBIN, AN ATTORNEY AT LAW

November 20, 2001.

CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–156, concluding that **IRVING TOBIN** of **ELIZABETH,** who was admitted to the bar of this State in 1957, should be reprimanded for violating *DR* 5–105, *RPC* 1.7 (conflict of interest); *DR* 5–101, *DR* 5–104, *RPC* 1.8(a)(business transaction with client); *DR* 1–102(A)(4) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation); *RPC* 1.15(a)(failure to safeguard; funds, resulting in negligent misappropriation of client funds); *DR* 9–102(A) and (C), *RPC* 1.15(a) and (d); *R.* 1:21–6(a)(1)(commingling of funds belonging to investors, including respondent, and clients' funds); and *R.*1:21–6(b)(8) and (c)(recordkeeping violations);

And good cause appearing;

It is ORDERED that **IRVING TOBIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.